# United States Bankruptcy Court
## Northern District of California

In re    **Antonio DeLeon Tongson, Jr.**                 ,      Case No.    **09-45818 LT 7**

                                     Debtor             Chapter                    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 617,500.00 | | |
| B - Personal Property | Yes | 4 | 34,920.28 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 908,893.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 184,473.45 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,958.58 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,870.25 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 652,420.28 | | |
| Total Liabilities | | | | 1,093,366.45 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re    **Antonio DeLeon Tongson, Jr.**                      ,    Case No.    **09-45818 LT 7**

                                        Debtor           Chapter                    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,958.58 |
| Average Expenses (from Schedule J, Line 18) | 5,870.25 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,467.74 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 291,393.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 184,473.45 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 475,866.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**                  ,    Case No.    __09-45818 LT 7__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Primary Residence located at 32756 Hanford Court, Union City, CA 94587 consisting of 5 bedrooms, 3 baths with attached 2 car garage with approximately 1800 sq. ft.** | **Fee Simple** | **C** | **460,000.00** | **633,015.00** |
| **Second residence located at 9682 Villa Lorena Avenue, Las Vegas, NV 89147 consisting of 3 Bedrooms, 2 Bath with attached garage with estimated 1,516.00 sq ft.** | **Fee Simple** | **C** | **157,500.00** | **275,878.00** |

|  |  |
|---|---:|
| Sub-Total > | **617,500.00**    (Total of this page) |
| Total > | **617,500.00** |

   __0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Antonio DeLeon Tongson, Jr.**                                    , Case No. **09-45818 LT 7**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account # 9245788790** | C | 50.00 |
| | | **Wells Fargo Savings Account # 3190345912** | C | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Stove ($75), Refrigerator ($100), Washer and Dryer ($100), Microwave ($20), Cooking Utensils ($5), Silverware/Flatware ($5), Cookware ($20), Living Room ($100), Dining Room ($150), Table & Chairs ($100), Televisions ($100), DVD ($20), Compact Disks ($5), Radio ($10), Bedroom Furniture ($100), Dressers & Nightstands ($25), Lamps & Accessories ($25), Computer ($50), Printer ($10) Desk ($10), Cell Phone ($5)** | C | 1,035.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family photos** | C | 10.00 |
| 6. Wearing apparel. | | **Family Clothing** | C | 250.00 |
| 7. Furs and jewelry. | | **Wedding Rings ($100), Watches ($25), Necklaces and Braclets ($10)** | C | 135.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital Camera used for family personal use** | C | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >  1,580.00
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**                 ,    Case No.    **09-45818 LT 7**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **The Northern Trust Company** | C | 14,540.28 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Salon** | C | 9,950.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

|  | Sub-Total > | 24,490.28 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**                      ,    Case No.    **09-45818 LT 7**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Mercedes-Benz C Class C 240 Sedan. VIN WDBRF61J51F108580 with approximately 98,683 miles and located at the residence of the Debtor** | C | 3,775.00 |
| | | **2001 Honda Civic LX Sedan 4 DR with approximately 100,994 miles VIN 2HBES16561H555770 located at the Debtor's residence.** | C | 2,825.00 |
| | | **2000 Jeep Grand Cherokee laredo Sport Utility 4 DR VIN 1J4G248S0YC234598 with approximately 120492 miles located at the residence of the Debtor** | C | 2,250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >     **8,850.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **Antonio DeLeon Tongson, Jr.**             ,    Case No.   **09-45818 LT 7**

                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **34,920.28** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

.

In re    **Antonio DeLeon Tongson, Jr.**            ,     Case No.    **09-45818 LT 7**
                                           Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Primary Residence located at 32756 Hanford Court, Union City, CA 94587 consisting of 5 bedrooms, 3 baths with attached 2 car garage with approximately 1800 sq. ft.** | C.C.P. § 703.140(b)(1) | 0.00 | 460,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Checking Account # 9245788790** | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Wells Fargo Savings Account # 3190345912** | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| **Stove ($75), Refrigerator ($100), Washer and Dryer ($100), Microwave ($20), Cooking Utensils ($5), Silverware/Flatware ($5), Cookware ($20), Living Room ($100), Dining Room ($150), Table & Chairs ($100), Televisions ($100), DVD ($20), Compact Disks ($5), Radio ($10), Bedroom Furniture ($100), Dressers & Nightstands ($25), Lamps & Accessories ($25), Computer ($50), Printer ($10) Desk ($10), Cell Phone ($5)** | C.C.P. § 703.140(b)(3) | 1,035.00 | 1,035.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Family photos** | C.C.P. § 703.140(b)(3) | 10.00 | 10.00 |
| **Wearing Apparel** | | | |
| **Family Clothing** | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Furs and Jewelry** | | | |
| **Wedding Rings ($100), Watches ($25), Necklaces and Braclets ($10)** | C.C.P. § 703.140(b)(4) | 135.00 | 135.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Digital Camera used for family personal use** | C.C.P. § 703.140(b)(3) | 50.00 | 50.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **The Northern Trust Company** | C.C.P. § 703.140(b)(10)(E) | 14,540.28 | 14,540.28 |
| **Interests in Partnerships or Joint Ventures** | | | |
| **Salon** | C.C.P. § 703.140(b)(5) | 9,950.00 | 9,950.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Mercedes-Benz C Class C 240 Sedan. VIN WDBRF61J51F108580 with approximately 98,683 miles and located at the residence of the Debtor** | C.C.P. § 703.140(b)(2)<br>C.C.P. § 703.140(b)(5) | 3,300.00<br>475.00 | 3,775.00 |
| **2001 Honda Civic LX Sedan 4 DR with approximately 100,994 miles VIN 2HBES16561H555770 located at the Debtor's residence.** | C.C.P. § 703.140(b)(5) | 2,825.00 | 2,825.00 |

   1    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**               ,    Case No.   **09-45818 LT 7**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2000 Jeep Grand Cherokee laredo Sport Utility 4 DR VIN 1J4G248S0YC234598 with approximately 120492 miles located at the residence of the Debtor** | **C.C.P. § 703.140(b)(5)** | **2,250.00** | **2,250.00** |
| | | Total:    **34,920.28** | **494,920.28** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Property Claimed as Exempt

Case: 09-45818   Doc# 8   Filed: 07/16/09   Entered: 07/16/09 23:04:13   Page 9 of 22

In re   **Antonio DeLeon Tongson, Jr.**           ,     Case No.   **09-45818 LT 7**

                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6411**<br><br>Countrywide<br>Customer Service Dept, SV3-14B<br>P. O. Box 5170<br>Simi Valley, CA 93093-5170 | X | C | 7/2005<br>**Deed of Trust**<br>Second residence located at 9682 Villa Lorena Avenue, Las Vegas, NV 89147 consisting of 3 Bedrooms, 2 Bath with attached garage with estimated 1,516.00 sq ft.<br>Value $      157,500.00 | | | | 247,378.00 | 89,878.00 |
| Account No. **xxxxx8211**<br><br>CountryWide Home Loans<br>P. O. Box 10229<br>Van Nuys, CA 91410-0229 | X | C | 7/2005<br>**Second Mortgage**<br>Second residence located at 9682 Villa Lorena Avenue, Las Vegas, NV 89147 consisting of 3 Bedrooms, 2 Bath with attached garage with estimated 1,516.00 sq ft.<br>Value $      157,500.00 | | | | 28,500.00 | 28,500.00 |
| Account No. **xxxx9820**<br><br>Wachovia Mortgage<br>P. O. Box 60505<br>City Of Industry, CA 91716 | X | C | **Deed of Trust**<br><br>Primary Residence located at 32756 Hanford Court, Union City, CA 94587 consisting of 5 bedrooms, 3 baths with attached 2 car garage with approximately 1800 sq. ft.<br>Value $      460,000.00 | | | | 553,675.00 | 93,675.00 |
| Account No. **xxxx8532**<br><br>Wachovia Mortgage<br>P. O. Box 60505<br>City Of Industry, CA 91716 | X | C | **Second Mortgage**<br><br>Primary Residence located at 32756 Hanford Court, Union City, CA 94587 consisting of 5 bedrooms, 3 baths with attached 2 car garage with approximately 1800 sq. ft.<br>Value $      460,000.00 | | | | 79,340.00 | 79,340.00 |

  **0**    continuation sheets attached

|  | Subtotal<br>(Total of this page) | 908,893.00 | 291,393.00 |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 908,893.00 | 291,393.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **Antonio DeLeon Tongson, Jr.**
_____ ,   Case No.  __09-45818 LT 7__
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re   **Antonio DeLeon Tongson, Jr.**         ,     Case No.    **09-45818 LT 7**

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7733**<br><br>**American Express**<br>**P O Box 981537**<br>**El Paso, TX 79998** | X | | | C | **2004**<br>**Credit card purchases** | | | | **8,598.00** |
| Account No. **xxx-xx6-151**<br><br>**Assessor's Office**<br>**County of Alameda**<br>**1221 Oak Street, Room 145**<br>**Oakland, CA 94612** | X | | | C | **Notice Only** | | | | **Unknown** |
| Account No. **0008**<br><br>**Associates/Citi**<br>**P O Box 15687**<br>**Wilmington, DE 19850** | X | | | C | **1984**<br>**Credit Card Purchases** | | | | **16,789.00** |
| Account No. **1173**<br><br>**Associates/Citi**<br>**Credit Bureau Disp**<br>**Sioux Falls, SD 57117** | X | | | C | **1984-2009**<br>**Same as account 0008** | | | | **0.00** |

   **9**    continuation sheets attached

| | Subtotal<br>(Total of this page) | **25,387.00** |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 S/N:39845-090630   Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**          ,    Case No.    **09-45818 LT 7**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3428** <br><br> **Bank of Ameica 4060 Ogletown/Stan Newark, DE 19713** | X | C | **2004 Credit Card Purchases** | | | | **7,923.00** |
| Account No. **xxxx/9677** <br><br> **Bank of America P O Box 1598 Norfolk, VA 23501** | X | C | **2003 Credit card purchases** | | | | **17,521.00** |
| Account No. **3804** <br><br> **Bank of America P O Box 1598 Norfolk, VA 23501** | X | C | **1985-2009 Credit card purchases** | | | | **5,932.00** |
| Account No. **4399** <br><br> **Bank of America 4161 Piedmont Pkwy Greensboro, NC 27410** | X | C | **1987-2009 Credit Card Purchases** | | | | **5,722.00** |
| Account No. **3745** <br><br> **Bank of America P O Box 15731 Wilmington, DE 19886-5731** | X | C | **1990-2009 Account closed with balance owing. Same as account # 6999.** | | | | **9,637.00** |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **46,735.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Antonio DeLeon Tongson, Jr.** _____,   Case No.   **09-45818 LT 7**

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6999**<br><br>**Bank of America**<br>**P O Box 30750**<br>**Los Angeles, CA 90030-0750** | X | C | **Line of Credit** | | | | **9,824.00** |
| Account No.<br><br>**Bankruptcy BE MSA 345**<br>**Franchise Tax Board**<br>**P. O. Box 2952**<br>**Sacramento, CA 95812-2952** | X | C | **Notice Only** | | | | **0.00** |
| Account No. **8401**<br><br>**Barclays Bank Delaware**<br>**Customer Support Department**<br>**P O Box 8833**<br>**Wilmington, DE 19899** | X | C | **2006-2009**<br>**Account closed with balance owing** | | | | **13,649.00** |
| Account No. **6337**<br><br>**Capital One**<br>**P. O. Box 85520**<br>**Richmond, VA 23285** | X | C | **1990**<br>**Credit Card Purchases** | | | | **3,991.00** |
| Account No. **5332**<br><br>**Capital One**<br>**P. O. Box 85520**<br>**Richmond, VA 23285** | X | C | **1998-2009**<br>**Credit card purchases** | | | | **1,266.00** |

Sheet no. __**2**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **28,730.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Antonio DeLeon Tongson, Jr.**                                     ,    Case No. **09-45818 LT 7**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3144**<br><br>**Capital One**<br>**P O Box 60599**<br>**City Of Industry, CA 91716** | X | C | **Credit Card Purchases** | | | | **1,101.83** |
| Account No.<br><br>**Certegy Check Services, Inc.**<br>**P. O. Box 30046**<br>**Tampa, FL 33630** | X | C | **Notice Only** | | | | **0.00** |
| Account No. **6771**<br><br>**Chase**<br>**800 Brooksedge Road**<br>**Westerville, OH 43081** | X | C | **1991-2009**<br>**Account closed with balance. Same as account # 4904** | | | | **7,045.00** |
| Account No. **4904**<br><br>**Chase Mastercard**<br>**Card Member Services**<br>**P O Box 94014**<br>**Palatine, IL 60094-4014** | X | C | **Credit Card Purchases** | | | | **1,361.31** |
| Account No. **4674**<br><br>**CHASE/PIER 1**<br>**P O Box 15298**<br>**Wilmington, DE 19850** | X | C | **2006**<br>**Credit Card Purchases** | | | | **778.00** |

Sheet no. **3** of **9** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **10,286.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Antonio DeLeon Tongson, Jr.** ,                              Case No.   **09-45818 LT 7**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0735** <br><br> **Chase/TJX** <br> **800 Brooksedge Blvd** <br> **Columbus, OH 43801** | X | C | **2008** <br> **Credit Card Purchases** | | | | 469.00 |
| Account No. <br><br> **Chexsystems** <br> **Attn: Consumer Relations** <br> **7805 Hudson Road, Suite 100** <br> **Saint Paul, MN 55125** | X | C | **Notice Only** | | | | 0.00 |
| Account No. **7877** <br><br> **Cit Bank/DFS** <br> **12234 N I-35, SB, Bldg B** <br> **Austin, TX 78753** | X | C | **2006** <br> **Account open with $0.00 balance** | | | | 0.00 |
| Account No. **8964** <br><br> **Citi** <br> **P. O. Box 6241** <br> **Sioux Falls, SD 57117** | X | C | **1984** <br> **Credit Card Purchases** | | | | 9,542.00 |
| Account No. **4793** <br><br> **Citi** <br> **P. O. Box 6241** <br> **Sioux Falls, SD 57117** | X | C | **1984-2005** <br> **Account is open with $0.00 balance** | | | | 0.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **10,011.00**

Case: 09-45818   Doc# 8   Filed: 07/16/09   Entered: 07/16/09 23:04:13   Page 16 of 22
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Antonio DeLeon Tongson, Jr.__ ,                    Case No. __09-45818 LT 7__

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **4714** <br><br> **Citi** <br> **P. O. Box 6241** <br> **Sioux Falls, SD 57117** | X | C | | **1986-2004** <br> **Account is open with $0.00 balance** | | | | **0.00** |
| Account No. **6547** <br><br> **Citi** <br> **P. O. Box 6241** <br> **Sioux Falls, SD 57117** | X | C | | **1984-2002** <br> **Account is open with $0.00 balance** | | | | **0.00** |
| Account No. **1173** <br><br> **Citi Platinum** <br> **P O Box 6401** <br> **The Lakes, NV 88901-6401** | X | C | | **Credit Card Purchases** | | | | **16,342.00** |
| Account No. **5250** <br><br> **Discover Financial Services LLC** <br> **P O Box 15316** <br> **Wilmington, DE 19850** | X | C | | **1986-2009** <br> **Credit Card Charges Same as Acct, 3542** | | | | **12,787.00** |
| Account No. **2202** <br><br> **DSNB/Bloom** <br> **9111 Duke Blvd** <br> **Mason, OH 45040** | X | C | | **2007-2009** <br> **Account open with $0.00 balance** | | | | **0.00** |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **29,129.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re   **Antonio DeLeon Tongson, Jr.**                                    ,     Case No.   **09-45818 LT 7**

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9620**<br><br>**DSNB/Macy's**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | X | | C | **2006**<br>**Credit card purchases** | | | | **2,340.00** |
| Account No.<br><br>**Equifax**<br>**P. O. Box 740241**<br>**Atlanta, GA 30374-0241** | X | | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Experian**<br>**701 Experian Way**<br>**P. O. Box 2002**<br>**Allen, TX 75013** | X | | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Experian**<br>**P. O. Box 9595**<br>**Allen, TX 75013-9595** | X | | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Experian**<br>**P. O. Box 2104**<br>**Allen, TX 75013** | X | | C | **Notice Only** | | | | **0.00** |

Sheet no. __6___ of __9___ sheets attached to Schedule of                                    Subtotal                 **2,340.00**
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Antonio DeLeon Tongson, Jr.**          ,    Case No.    **09-45818 LT 7**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3352**<br><br>**GEMB/Petite Sophistic**<br>**P O Box 981127**<br>**El Paso, TX 79998** | X | C | **2004-2006**<br>**Account open with $0.00 balance.** | | | | **0.00** |
| Account No.<br><br>**Innovis**<br>**Attn: Consumer Assistance**<br>**P. O. Box 1358**<br>**Columbus, OH 43216-1358** | X | C | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Internal Revenue Service**<br>**Special Procedures Mail**<br>**Stop 5021**<br>**50 South 200 East**<br>**Salt Lake City, UT 84111** | X | C | **Notice Only** | | | | **0.00** |
| Account No. **4952**<br><br>**Kohl's/Chase**<br>**N 56 W 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | X | C | **2007**<br>**Credit Card Purchases** | | | | **911.00** |
| Account No. **xxxxx-9409**<br><br>**Montara Homeowners Association**<br>**Benchmark Association Service**<br>**P O Box 60998**<br>**Phoenix, AZ 85082-0998** | X | C | **2008**<br>**Homeowners Association Dues for Las Vegas Property** | | | | **170.00** |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    (Total of this page)    **1,081.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Antonio DeLeon Tongson, Jr.**
_____,   Case No.   **09-45818 LT 7**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **GN5730**<br><br>**NCO Financial Systems Inc.**<br>**P O Box 15773**<br>**Wilmington, DE 19850** | X | | C | | **2009**<br>**Collection agency for American Express**<br>**Account # 1003** | | | | 2,178.31 |
| Account No.<br><br>**Teletrack Inc.**<br>**5550-A Peachtree Parkway, Suite 600**<br>**Norcross, GA 30092** | X | | C | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Trans Union**<br>**2 Baldwin Place**<br>**P. O. Box 1000**<br>**Chester, PA 19022** | X | | C | | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Trans Union**<br>**P. O. Box 2000**<br>**Chester, PA 19022** | X | | C | | **Notice Only** | | | | 0.00 |
| Account No. **5550**<br><br>**US Airways**<br>**Card Services**<br>**P O Box 13337**<br>**Philadelphia, PA 19101** | X | | C | | **Credit Card Purchases** | | | | 13,649.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,827.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Antonio DeLeon Tongson, Jr.** ,                     Case No.   **09-45818 LT 7**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8588** <br><br> **Visdsnb/Bloomingdales Banrkruptcy 6356 Corley Road Norcross, GA 30071** | X | C | **2007-2009** <br> **Account closed with balance.** | | | | **1,032.00** |
| Account No. **2403** <br><br> **Wells Fargo P. O. Box 5445 Portland, OR 97225** | X | C | **1983-2009** <br> **Account closed with balance. Same as 2316.** | | | | **7,295.00** |
| Account No. **0776** <br><br> **Wells Fargo P. O. Box 5445 Portland, OR 97225** | X | C | **1983-2009** <br> **Account closed with balance. Same as account #4975** | | | | **6,620.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **14,947.00**

Total (Report on Summary of Schedules)  **184,473.45**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

.

In re    **Antonio DeLeon Tongson, Jr.**                  ,    Case No.    **09-45818 LT 7**

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT & T**<br>**P O Box 515188**<br>**Los Angeles, CA 90051-5188** | **Account # 436067286777. Contract is a 2 year contract that began January 2008, there are approximately 6 months remaining on existing 2 year contract. Monthly usage payments are current.** |

**0**
     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Case: 09-45818    Doc# 8    Filed: 07/16/09    Entered: 07/16/09 23:04:13    Page 22 of 22